LINA STERNKOPF, Respondent, *v.* AUGUST H. HILLERS et al., Appellants, Impleaded with Others.

Argued January 12, 1937; decided January 26, 1937.

*William G. Johnson* and *Arthur S. Johnson* for appellants.

*Owen S. M. Tierney* and *Albert J. Sattler* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and RIPPEY, JJ. Taking no part: FINCH, J.